FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 DEC 14 AM 10: 54

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

LAUREN CULPEPPER,

    Plaintiff,

v.                                   CASE NO. 3:11-cv-170-J-20JBT

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

This cause is before this Court on the parties' Joint Motion to Extend Discovery and Dispositive Motion Deadlines (Doc. 22, filed December 5, 2011). In the instant motion, the parties request that this Court extend the discovery deadline to March 15, 2012. In addition, though the parties do not anticipate filing dispositive motions, they request an extension of the dispositive motion deadline to March 29, 2012, to account for their possibility. The parties do not seek adjustment of the final pretrial conference or trial.

Accordingly, it is **ORDERED**:

1. The parties' Joint Motion to Extend Discovery and Dispositive Motion Deadlines (Doc. 22, filed December 5, 2011) is **GRANTED** and the case management deadlines are reset as follows;

2. The deadline for discovery is extended to March 15, 2012;

3. The deadline for dispositive motions is extended to March 29, 2012; and

4. The parties are cautioned that, due to the time constraints presented by the parties'

requested dates, this Court may *sua sponte* reschedule the final pretrial conference and trial if either party elects to file dispositive motions.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of December, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
David Wolf, Esq.
Deborah A. Halvorsen, Esq.
Abby Leigh Robinson, Esq.